# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>        Plaintiff,<br><br>     v.<br><br>HOLLAND, et al.,<br><br>        Defendants. | Case No. 1:15-cv-00446-LJO-JLT (PC)<br><br>**ORDER DISREGARDING MOTIONS FOR RECONSIDERATION**<br><br>**(Docs. 7, 8)** |

Plaintiff, Adrian Moon, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on March 18, 2015. This action was dismissed with prejudice as frivolous and an apparent reaction to the recent closure of Plaintiff's prior action *Moon v. Holland,* 1:14-cv-1704-LJO-JLT (PC) ("Prior Action"). (Doc. 5.) In the four short months that Plaintiff's Prior Action was pending, Plaintiff filed multiple motions seeking temporary restraining orders, reconsideration of the denial of *in forma pauperis* status, seeking sanctions, and seeking extensions of time and has variously objected and/or sought reconsideration of findings and recommendations and orders that issued in this action. (*See id.,* at  Docs. 4, 11, 12, 14-19, 21-24.)

Now before the Court are two documents that Plaintiff recently filed:  a motion to appoint counsel and a letter to the Clerk of this Court enclosing a motion to recuse District Judge Lawrence J. O'Neill and the undersigned from this action.  (Docs. 7, 8.)  This action is no longer

pending for Plaintiff to be appointed counsel by this court and Plaintiff's efforts to recuse Judge O'Neill and the undersigned have previously, repeatedly been addressed -- both in the order dismissing this action and in Plaintiff's Prior Action.

Accordingly, because this matter is closed and Plaintiff's issues have previously, repeatedly been addressed, the Court will **DISREGARD** the current filings.  **<u>NO FURTHER FILINGS WILL BE ACCEPTED IN THIS CASE</u>**.

IT IS SO ORDERED.

Dated:   **April 14, 2015**                           /s/ Jennifer L. Thurston
                                                                              UNITED STATES MAGISTRATE JUDGE