# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN MOON,<br><br>    Plaintiff,<br><br>    v.<br><br>HOLLAND, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00446-LJO-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**<br><br>**(Doc. 10)** |

Plaintiff, Adrian Moon, is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the Complaint in this action on March 18, 2015. This action was dismissed with prejudice as frivolous and an apparent reaction to the recent closure of Plaintiff's prior action *Moon v. Holland,* 1:14-cv-1704-LJO-JLT (PC) ("Prior Action"). (Doc. 5.) In the four short months that Plaintiff's Prior Action was pending, Plaintiff filed multiple motions seeking temporary restraining orders, reconsideration of the denial of *in forma pauperis* status, seeking sanctions, and seeking extensions of time and has variously objected and/or sought reconsideration of findings and recommendations and orders that issued in this action. (*See id.,* at Docs. 4, 11, 12, 14-19, 21-24.) On April 14, 2015, an order issued disregarding two motions that Plaintiff filed after this case was dismissed. (Doc. 9.) However, on April 9, 2015, Plaintiff's motion for temporary restraining order was received by the Court, but was not entered on the docket in this case until April 16, 2015 and remains pending. (Doc. 10.)

Federal courts are courts of limited jurisdiction and in considering a request for

preliminary injunctive relief, the Court is bound by the requirement that as a preliminary matter, it have before it an actual case or controversy. *City of Los Angeles v. Lyons*, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); *Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.*, 454 U.S. 464, 471 (1982). If the Court does not have an actual case or controversy before it, it has no power to hear the matter in question. *Id.*

This action has been closed, so the Court lacks jurisdiction to consider Plaintiff's request for temporary restraining order.

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for emergency temporary restraining order, filed April 9, 2016 (Doc. 10), is DENIED for lack of jurisdiction. Further, Plaintiff is not to construe this order as an invitation to submit further filings in this action. As stated in the previous order disregarding Plaintiff's post-judgment motions for reconsideration, **NO FURTHER FILINGS WILL BE ACCEPTED IN THIS CASE**.

IT IS SO ORDERED.

   Dated: **April 21, 2015**            /s/ Lawrence J. O'Neill
                                                    UNITED STATES DISTRICT JUDGE